# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133940

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICARDO CONTRERAS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133940
COA: 276900
Kent CC: 05-011749-FH
          05-012024-FC

On order of the Court, the application for leave to appeal the April 19, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

s0723